# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00625-CV

**Elizabeth Baker-McLain, Appellant**

**v.**

**John Wesley McLain, III, Appellee**

### FROM COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
### NO. 05-244-FC2, HONORABLE TIMOTHY L. WRIGHT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The clerk's record in this appeal is overdue to be filed. When asked why no clerk's record has been filed, the trial court clerk's office reported that appellant Elizabeth Baker-McLain has failed to pay or make arrangements to pay for the clerks's record in this appeal. This Court's clerk sent a letter dated February 26, 2010, to Baker-McLain requesting that she make arrangements to pay for the clerk's record and that she file a status report regarding this appeal with this Court. Baker-McLain was requested to file a response in this Court on or before March 8, 2010 or risk dismissal of her appeal.

March 8, 2010, has passed. The clerk's record has not been filed, and Baker-McLain

has not filed any response in this Court. We dismiss this appeal for want of prosecution. *See* Tex. R.

App. P. 37.3(b), 42.3(b).

_____

G. Alan Waldrop, Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Dismissed for Want of Prosecution

Filed:   April 9, 2010